No. 149. F. O. NORRIS ET AL., APPELLANTS, *v.* J. E. JOHNSON ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss submitted January 12, 1914. Decided January 19, 1914. *Per Curiam*. Dismissed for want of jurisdiction. *Holden v. Stratton*, 191 U. S. 115; *First National Bank* v. *Title & Trust Company*, 198 U. S. 280, 288; *Hatch* v. *Ketchum, Trustee*, 198 U. S. 580; *Duryea Power Company* v. *Sternberger*, 218 U. S. 299, 301. *Mr. Thomas M. Kennerly* for the appellants. *Mr. Henry F. Ring* for the appellees.

---

No. 680. FRED W. LAKE AND H. H. SNOW, PLAINTIFFS IN ERROR, *v.* MARY A. BONYNGE AND W. A. BONYNGE. In error to the Supreme Court of the State of California. Motion to dismiss or affirm submitted December 22, 1913. Decided January 19, 1914. *Per Curiam*. Dismissed for want of jurisdiction, upon the authority of: First. *Pomeroy's Lessee* v. *State Bank of Indiana*, 1 Wall. 592, 597; *New Orleans & Northeastern R. R. Co.* v. *Jopes*, 142 U. S. 18, 22; *Ward* v. *Joslin*, 186 U. S. 142, 153; *Holt* v. *United States*, 218 U. S. 245. Second. *Arkansas Southern R. R. Co.* v. *German National Bank*, 207 U. S. 270; *Waters-Pierce Oil Co.* v. *State of Texas*, 212 U. S. 112. *Mr. James F. Peck* and *Mr. Charles C. Boynton* for the plaintiffs in error. *Mr. William J. Hunsaker*, *Mr. E. W. Britt* and *Mr. Frank H. Short* for the defendants in error.